IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 3:07-00221-01 |
| v. | ) | Judge Trauger |
| | ) | |
| HAROLD STAFFORD | ) | |

**POSITION OF THE UNITED STATES**
**WITH REGARD TO SENTENCING FACTORS**

Comes now the United States of America by and through the United States Attorney for the Middle District of Tennessee and pursuant to Local Criminal Rule 32.01(c) files this Position with Respect to Sentencing Factors. The government has no objections to the presentence report.

Respectfully submitted,

EDWARD M. YARBROUGH
United States Attorney for the
Middle District of Tennessee


BY s/ Byron M. Jones
Byron M. Jones
Assistant U. S. Attorney
ll0 9th Avenue South, A96l
Nashville, Tennessee 37203
Phone: 6l5-736-5l5l

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing document has been served by via the electronic case filing system upon:

Ms. Fannie Harris
1507 Sixteenth Avenue South
Nashville, TN 37212

Mr. William Stover
800 Broadway
Second Floor
Nashville, TN 37203

this 10th day of June, 2009.

s/ Byron M. Jones
BYRON M. JONES